UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FORDOCHE, INC.
RONNIE J. THERIOT, AND
REBECCA F. THERIOT

VERSUS

TEXACO INC., TEXACO
EXPLORATION & PRODUCTION,
INC., McFARLAND ENERGY INC.,
CHEVRON USA INC., CHEVRON
CORPORATION, AND CHEVRON
TEXACO CORPORATION

CIVIL ACTION

NO. 01-1135-JVP-DLD

**RULING ON MOTION
FOR "RECONSIDERATION"**

This matter is before the court on a motion by defendant, TEPI, to reconsider the court's ruling on plaintiffs' motion for summary judgment as to the issue of breach of the obligation of good faith (doc. 243). The motion is opposed by plaintiffs, Fordoche, Inc. and Ronnie and Rebecca Theriot (doc. 246).

In its ruling dated April 14, 2008 (doc. 232), the court noted the Fifth Circuit's statement that TEPI's conduct "inferentially" breached the obligation of good faith, and granted summary judgment in favor of plaintiffs based upon defendant's failure to put forth facts to dispute those inferences. Having reviewed the parties' briefs and the Fifth Circuit's opinion, the court concludes that its finding of bad faith as a

matter of law was in error. TEPI's conduct led the Court of Appeals "to infer that there is a genuine dispute as to whether TEPI violated its obligation of good faith,"[1] and the court agrees with defendant that the issue of good faith "is inextricably intertwined with the damage claim" (doc. 243-2, p. 2), which has been reserved for trial.

Accordingly, the motion by defendant, TEPI, to reconsider the court's ruling on plaintiffs' motion for summary judgment as to the issue of breach of the obligation of good faith (doc. 243) is hereby **GRANTED** and the court's ruling dated April 14, 2008 (doc. 232) is amended accordingly. The issue of TEPI's good faith-bad faith shall be presented to the jury.

Baton Rouge, Louisiana, August 8, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] *Fordoche, Inc., v. Texaco, Inc.*, 463 F.3d 388, 399 (5th Cir. 2006).