UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FORDOCHE, INC., ET AL | * | CIVIL ACTION NO. 01 CV 1135 |
| VERSUS | * | JUDGE PARKER |
| TEXACO, INC., ET AL | * | MAGISTRATE DALBY |
| | * | JURY DEMANDED |

ORDER

CONSIDERING THE FOREGOING UNOPPOSED MOTION TO SUBSTITUTE PARTY, filed by plaintiffs, Fordoche, Inc., Ronnie J. Theriot and Rebecca F. Theriot.

IT IS ORDERED that the Motion be and it is hereby GRANTED and that the name Chevron U.S.A. Holdings Inc. be listed as the proper defendant in place of Texaco Exploration & Production, Inc., because of the corporate name change which occurred on March 1, 2006.

IT IS FURTHER ORDERED that all future pleadings may be filed using the name Chevron U.S.A. Holdings Inc. as the proper defendant in place of Texaco Exploration & Production, Inc. and the Clerk of Court should note the change of name in the record.

Baton Rouge, Louisiana, this 25th day of September, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA